103 A.3d 1291

**Donald BILLMAN, Appellant**

v.

**ATTORNEY GENERAL OF PENNSYLVANIA, Linda A. Kelley; John E. Wetzel, Secretary, Department of Corrections; Donna Varner, Chief Grievance Officer, Department of Corrections; David A. Varano, Superintendent, S.C.I. Coal Township; R. McMillan, Deputy Superintendent, S.C.I. Coal Township; Kandis Dascani, Grievance Coordinator, S.C.I. Coal Township, M.P. Corbacio, Activities Supervisor, S.C.I. Coal Township; Dan Diehl, Activities Staff, S.C.I. Coal Township, Appellees.**

Supreme Court of Pennsylvania.

Nov. 19, 2014.

Joseph G. Fulginiti, PA Department of Corrections, Mechanicsburg, PA, for M.P. Corbacio, Kandis Dascani, Dan Diehl, R. McMillan, David A. Varano, Donna Varner, John E. Wetzel.

Linda A. Kelley, Harrisburg, PA, pro se.

Linda L. Kelly, PA Office of Attorney General, Harrisburg, PA, for Attorney General of Pennsylvania.

## *ORDER*

PER CURIAM.

**AND NOW,** this 19th day of November, 2014, the Order of the Commonwealth Court is **AFFIRMED.**